OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICE P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711 POSTAGE ≫ PITNEY BOWES

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST-CLASS

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/24/2015
WILLIN, BRIAN BERNARD    Tr. Ct. No. CR21310-A          WR-83,304-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RETURN TO SENDER

☐ NEED TDCJ #      BRIAN BERNARD WILLIN
☒ INMATE NO LONGER HERE  MTC - WEST TEXAS ISF - TDC # 1795654
                  P.O. BOX 1389
☐ ILLEGIBLE WRITING  BROWNFIELD, TX 79316

REF

M3B 79316